US DISTRICT COURT INDEX SHEET

Hogan and Hartson v. J P Lipson                                                                Doc.

















```
JAH     4/27/2004     2:47
3:04-MC-214 HOGAN AND HARTSON V. J P LIPSON
*1*
*REGJGM*
```

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

In re J.P. Lipson,
Judgment Debtor

HOGAN & HARTSON, L.L.P.,

Plaintiff,

V.

J.P. LIPSON,

Defendant.

Adversary Proceeding No. 01-MK-1688 (PAC)

04MC214

FILED APR 26 2004
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

---

### REGISTRATION OF JUDGMENT FOR ENFORCEMENT IN ANOTHER DISTRICT

---

Plaintiff Hogan & Hartson, L.L.P. hereby requests this Court register the attached judgment and bill of costs from the United States District Court for the District of Colorado that have been duly certified by the clerk of that court.

DATED this 23 day of April 2004.

*[signature]*

Jeffrey A. Chase
Mark D. Sullivan
JACOBS CHASE FRICK KLEINKOPF & KELLEY LLC
1050 17th St., Suite 1500
Denver, CO 80265
Telephone: (303) 685-4800
Fax: (303) 685-4869
ATTORNEYS FOR THE PLAINTIFF
HOGAN & HARTSON L.L.P.

{00151772.DOC}

ATTY MAINT                                                              1

AO451 (Rev. 12/93) Certification of Judgment

# United States District Court

## DISTRICT OF COLORADO

Hogan & Hartson, L.L.P.,
Plaintiff,

vs.

J.P. Lipson,
Defendant.

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

CASE NUMBER: 01-MK-1688 (PAC)

I, Gregory C. Langham           CLERK of the United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on   March 1, 2004  , as
                                                                                                                                                                                            (Date)
it appears in the records of this court, and that

** no notice of appeal from this judgment has been filed and no motion of any kind listed in rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF**, I sign my name and affix the seal of the Court.

April 22, 2004                                             Gregory C. Langham
    (Date)                                                      (Clerk)

                                                         (By) Deputy Clerk

** Insert the appropriate language:........"no notice of appeal from the judgment has been filed, and no motion of any kind is listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."........"no notice of appeal from this judgment has been filed, and any motion of the kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [Date]."........"an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [Date]."........" an appeal was taken from this judgment and the appeal was dismissed by order entered on [Date]."

(† Note: The motions listed in Rule 4(a), Federal Rules of Appeal Procedure are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 0 1 2004

GREGORY C. LANGHAM
                    CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-MK-1688 (PAC)

HOGAN & HARTSON, L.L.P.,

Plaintiff,

V.

J.P. LIPSON,

Defendant.

---

## JUDGMENT

---

ORDERED that judgment is entered for Plaintiff Hogan & Hartson, L.L.P. and against Defendant J.P. Lipson in the amount of $1,386,868.00 plus interest accruing from the date of this judgment, at a rate determined by 28 U.S.C. § 1961. It is

~~FURTHER ORDERED that the above-captioned action is dismissed with prejudice. It is~~

FURTHER ORDERED that Plaintiff is entitled to costs. Plaintiff shall submit its Bill of Costs within ten (10) days of the date of this judgment.

DATED this _1st_ day of ~~February~~ March 2004.

BY THE COURT:

EOD
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 0 1 2004

GREGORY C. LANGHAM
                    CLERK

_/s/ Marcia S. Krieger_
Marcia S. Krieger,
United States District Judge

{00148927.DOC}

*** NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30 OR 9:00 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION

AO 133 (Rev 03/02)

## BILL OF COSTS

01-mk-165(pac)

**United States District Court**

DISTRICT    Colorado

RECEIVED FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR - 2 2004
GREGORY C. LANGHAM
CLERK

HOGAN & HARTSON, L.L.P., Plaintiff,
v.
J.P. LIPSON, Defendant.

DOCKET NO.   01-MK-1165

MAGISTRATE CASE NO.

Judgment having been entered in the above entitled action on March 1, 2004    Date    against

Defendant J.P. Lipson    the clerk is requested to tax the following as costs:

### BILL OF COSTS

| Item | Amount |
|---|---|
| Fees of the clerk | $ 150.00 ✓ |
| Fees for service of summons and complaint | $ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ ~~2,799.76~~ 1,636.71 ✓ |
| Fees and disbursements for printing | $ |
| Fees for witnesses (itemized on reverse side) | $ 48.68 ✓ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ ~~3,696.60~~ 525.44 |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions | $ |
| Costs as shown on Mandate of Court of Appeals | $ |
| Other costs (Please itemize) | $ |
|  | $ |

Please review and comply with D.C.COLO.LCivR .54.1    $

(See Notice section on reverse side)    $

TOTAL $   ~~$6,695.04~~   2,361.83

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney _[signature]_

Print Name   Mark D. Sullivan    Phone Number  303-685-4800

For:   Plaintiff Hogan & Hartson, L.L.P.    Date   March 16, 2004
Name of Claiming Party

Please take notice that I will appear before the Clerk who will tax said costs on the following day and time:    Date and Time  4/1/04 @ ____, 2004 at 9:00 a.m.

Costs are hereby taxed in the following amount and included in the judgment:   Amount Taxed  $ 2,361.83

CLERK OF COURT
GREGORY C. LANGHAM

(BY) DEPUTY CLERK  _[signature]_

DATE:   4/1/04

{01150213.DOC}