US DISTRICT COURT INDEX SHEET

Hogan and Hartson v. J P Lipson                                          Doc.










```
LMH      1/24/05

3:04-MC-214 HOGAN AND HARTSON V. J P LIPSON

*2*

*SATJGM.*
```

FILED

05 JAN 21 PM 3:37

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

In re J. P. Lipson,
Judgment Debtor

HOGAN & HARTSON L.L.P.,

　　Plaintiff,

v.　　　　　　　　　　　　　　　Filing by FAX
　　　　　　　　　　　　　　　　Civil No. 04-MC-214　H

J.P. LIPSON,

　　Defendant.

---

### SATISFACTION OF JUDGMENT

---

　　Hogan & Hartson, L.L.P, the Judgement Creditor, by and through its attorneys, hereby acknowledges that the judgment entered against Defendant J.P. Lipson on March 1, 2004 in Civil Action No. 01-MK-1688 (PAC) in the United States District Court for the District of Colorado has been fully satisfied.

Dated this ___ day of January, 2005.　　Respectfully submitted,

_____
Mark D. Sullivan
JACOBS CHASE FRICK KLEINKOPF & Kelley LLC
**D.C. BOX 1**
1050 17TH St., Ste. 1500
Denver, CO 80265
Tel: 303-685-4800
Fax: 303-685-4869
E-mail: msullivan@jcfkk.com
Attorneys For Judgment Creditor

1

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a true and correct copy of the foregoing this 20th day of January 2005, by placing the same in the U.S. mail, postage prepaid, addressed to the following:

Michael C. Potarf
Suite 800
102 S. Tejon
Colorado Springs, CO 80903

J.P. Lipson
c/o Russell M. DePhillips
Milberg & DePhillips, P.C.
Suite 200
2163 Newcastle Avenue
Cardiff by the Sea, CA 92007-1824

*[signature]*